NUMBER 13-07-00235-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


RUDYARD MERRIAM, APPELLANT,


v.



JANICE MARIAN CHRIST, APPELLEE.

 

________________________________________________________


On Appeal from the 284th District Court 


of Montgomery County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 Appellant, Rudyard Merriam, perfected an appeal from a judgment entered by the
284th District Court of Montgomery County, Texas, in cause number 05-06-05163 CV. 
Appellant has filed a motion to dismiss his appeal on grounds that he no longer desires to
appeal the final ruling on the merits of the case. Appellant requests that this Court dismiss
the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
The costs of the appeal are taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Pending motions,
if any, are DISMISSED AS MOOT. 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 31st day of January, 2008.